# Court of Appeals
# of the State of Georgia

ATLANTA, _June 27, 2012_

*The Court of Appeals hereby passes the following order:*

**A12A2045.  JACQUELINE LYONS v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.**

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, Jacqueline Lyons appealed the magistrate court's decision to the superior court.  The superior court subsequently entered a writ of possession in favor of Federal National Mortgage Association.  Lyons then appealed directly to this Court.

We lack jurisdiction.  Because the superior court order at issue disposes of a de novo appeal from a magistrate court decision, Lyons was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* _06/27/2012_
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*